## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff(s), | ) NO. CR 06-1913-TUC-FRZ (JJM) |
| vs. | ) ORDER |
| **PAUL ZARAGOZA,** | ) |
| Defendant(s). | ) |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the Local Rules of Practice of this Court for hearing and report and recommendation on Defendant's Motion to Suppress Evidence [20].

On July 28, 2007, Magistrate Judge Jacqueline Marshall conducted a hearing and on July 6, 2007 issued her Report and Recommendation. [42]  A copy was sent to all parties. Defendant filed Objections to the Report and Recommendation on July 19, 2007 [46] and the Government filed its Response on July 27, 2007 [47].

The Court, having made a *de novo* review of the record herein, orders as follows:

IT IS ORDERED that Magistrate Judge Marshall's Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law in this matter.

IT IS ORDERED that the Motion to Suppress Evidence is DENIED.

DATED this 1st day of August, 2007.

*Frank R. Zapata*
FRANK R. ZAPATA
United States District Judge